DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OLIVER JOHN JAUBERT** a/k/a
**HERVE JEAN PIERRE JAUBERT**,
Appellant,

v.

**HELENE JAUBERT,**
Appellee.

No. 4D17-956

[November 15, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kathleen Kroll, Judge; L.T. Case No. 502012DR010865XXXXNB.

Oliver John Jaubert a/k/a Herve Jean Pierre Jaubert, West Palm Beach, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979).

LEVINE, FORST and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***